UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ORLANDO TORAH CENTER, INC.**,

      **Plaintiff**,

v.                               Case No: 6:25-cv-1463-PGB-LHP

**ORANGE COUNTY, FLORIDA and THE ORANGE COUNTY BOARD OF COUNTY COMMISSIONERS**,

      **Defendants**.
_____/

## ORDER TO SHOW CAUSE

    This case is before the Court upon periodic review. Defendants have failed to comply with the Court's Order of August 1, 2025 directing counsel to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons.

    Therefore, it is **ORDERED** that Defendants shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in the imposition of appropriate sanctions.

    **DONE AND ORDERED** in Orlando, Florida on September 5, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties