# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ORLANDO TORAH CENTER, INC.,

    Plaintiff,

v.                                             Case No. 6:25-cv-1463-PGB-LHP

ORANGE COUNTY, FLORIDA
and THE ORANGE COUNTY
BOARD OF COUNTY
COMMISSIONERS,

    Defendants.
_____

## JOINT NOTICE REGARDING MEDIATOR AND MEDIATION DATE

In response to the Court's order (Doc. 28), Plaintiff Orlando Torah Center, Inc., and Defendants Orange County, Florida and the Orange County Board of County Commissioners advise that they have agreed upon the below mediator and have agreed to conduct the mediation on Friday, July 31, 2026:

                        Bradford D. Kimbro, Esq.
                        Holland & Knight LLP
            100 North Tampa Street, Suite 4100
                        Tampa, Florida 33602

| | |
|---|---|
| */s/ Jon M. Philipson* | */s/ Derek J. Angell\** |
| Jon M. Philipson, Esq. | Derek J. Angell, Esq. |
| Florida Bar No. 92960 | Florida Bar No. 73449 |
| Gregory L. Pierson, Esq. | Julia K. Pirillo, Esq. |
| Florida Bar No. 123905 | Florida Bar No. 1061406 |
| **GUNSTER, YOAKLEY & STEWART, P.A.** | **O'CONNOR, HAFTEL & ANGELL, PLLC** |

| | |
|---|---|
| 401 E. Jackson Street, Suite 1500<br>Tampa, Florida 33602<br>Tel: (813) 228-9080<br>Facsimile: (813) 228-6739<br>jphilipson@gunster.com<br>gpierson@gunster.com<br>tbacchus@gunster.com<br>cwarder@gunster.com | 800 N. Magnolia Ave., Suite 1350<br>Orlando, Florida 32803<br>Tel: (407) 843-2100<br>dangell@ohalaw.com<br>jpirillo@ohalaw.com |
| Joshua A. Levine, Esq.<br>Florida Bar No. 106072<br>**GUNSTER, YOAKLEY & STEWART, P.A.**<br>600 Brickell Avenue, Suite 3500<br>Miami, Florida 33131<br>Tel: (800) 615-1980<br>Facsimile: (305) 376-6010<br>jlevine@gunster.com<br>jandersondavis@gunster.com | Lee Bernbaum, Esq.<br>Florida Bar No. 948454<br>**ORANGE COUNTY ATTORNEY'S OFFICE**<br>201 South Rosalind Avenue, Third Floor<br>Orlando, Florida 32801<br>Tel: (407) 836-7320<br>Lee.Bernbaum@ocfl.net<br>Deandra.Turner@ocfl.net<br><br>*Signed by filing attorney with permission of non-filing attorney |
| Roman P. Storzer, Esq. (granted special admission)<br>Blair Lazarus Storzer, Esq. (granted special admission)<br>**STORZER & ASSOCIATES, P.C.**<br>1025 Connecticut Ave NW, Suite 1000<br>Washington, DC 20036<br>Tel: (202) 857-9766<br>Facsimile: (202) 315-3996<br>storzer@storzerlaw.com<br>bstorzer@storzerlaw.com<br>silverman@storzerlaw.com<br>filings@storzerlaw.com<br><br>***Attorneys for Orlando Torah Center, Inc.*** | ***Attorneys for Defendants Orange County, Florida and the Orange County Board of County Commissioners*** |

## CERTIFICATE OF SERVICE

    I certify that on October 10, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                       */s/ Jon M. Philipson*
                                                     Jon M. Philipson, Esq.