UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ORLANDO TORAH CENTER, INC.,

    Plaintiff,

v.                                             Case No:   6:25-cv-1463-PGB-LHP

ORANGE COUNTY, FLORIDA and
THE ORANGE COUNTY BOARD OF
COUNTY COMMISSIONERS,

    Defendants

## ORDER

Before the Court is Plaintiff's Short-Form Motion for Entry of Discovery Order. Doc. No. 34. According to the motion, Plaintiff files the request in accordance with the Standing Order on Discovery Motions. *Id.* at 1; *see* Doc. No. 29. Upon consideration, however, the Court does not construe the Standing Order on Discovery Motions (Doc. No. 29) as encompassing a request for entry of an ESI protocol. And given the short-form nature of the motion (Doc. No. 34), Plaintiff has not established that entry of an ESI protocol by the Court over Defendants' objection, particularly in the form proposed by Plaintiff (Doc. No. 34-1) is necessary and appropriate. Accordingly, the motion will be **DENIED without**

**prejudice** to re-filing in accordance with Local Rule 3.01(b). Any renewed motion must establish why entry of an ESI protocol is necessary in this case, and that entry of an ESI protocol over Defendants' objection is appropriate. And any response shall be filed in accordance with Local Rule 3.01(c) and (d).

Based thereon, Defendants' Motion to Strike Plaintiff's Short-Form Motion (Doc. No. 36) is **DENIED as moot**, particularly in light of Defendants' alternative request for further briefing. *See* Doc. No. 36 ¶ 6; *see also* Local Rule 3.01(c).

**DONE** and **ORDERED** in Orlando, Florida on December 4, 2025.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record