# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ORLANDO TORAH CENTER, INC.,

        Plaintiff,

v.                                  Case No. 6:25-cv-1463-PGB-LHP

ORANGE COUNTY, FLORIDA and
THE ORANGE COUNTY BOARD
OF COUNTY COMMISSIONERS,

        Defendants.

## ATTORNEY JON M. PHILIPSON'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 2.02(c), Plaintiff Orlando Torah Center, Inc.'s attorney Jon M. Philipson moves to withdraw as counsel of record in the above referenced action.

## LEGAL MEMORANDUM

Under Local Rule 2.02, a lawyer may withdraw from the action after providing fourteen (14) days' notice to the client of intention to withdraw or obtaining the client's consent to withdrawal.

Attorney Philipson certifies that he has obtained his client's consent to withdraw. Attorney Philipson's law firm of Gunster, Yoakley & Stewart, P.A. will continue as counsel of record for Orlando Torah Center, along with Storzer & Associates, P.C. Attorney Philipson's withdrawal will not result in a party proceeding pro se nor will it impact any Court deadlines or requirements.

1

Based on the foregoing, Attorney Philipson respectfully requests the relief be granted.

Dated: April 24, 2026.                    Respectfully submitted,

/s/ *Jon M. Philipson*
Jon M. Philipson, Esq.
Florida Bar No. 92960
Gregory L. Pierson, Esq.
Florida Bar No. 123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Tel: (813) 228-9080
Facsimile: (813) 228-6739
jphilipson@gunster.com
gpierson@gunster.com
dgiacoia@gunster.com
cwarder@gunster.com

Joshua A. Levine, Esq.
Florida Bar No. 106072
**GUNSTER, YOAKLEY & STEWART, P.A.**
600 Brickell Avenue, Suite 3500
Miami, Florida 33131
Tel: (800) 615-1980
Facsimile: (305) 376-6010
jlevine@gunster.com
jandersondavis@gunster.com

Blair Lazarus Storzer, Esq.
*(Special Admission)*
Roman P. Storzer, Esq.
*(Special Admission)*
**STORZER & ASSOCIATES, P.C.**
1025 Connecticut Ave., N.W.
Suite 1000
Washington, D.C. 20036
Tel: 202.857.9766
storzer@storzerlaw.com
bstorzer@storzerlaw.com

2

silvia@storzerlaw.com
silverman@storzerlaw.com

*Counsel for Plaintiff Orlando Torah Center, Inc.*

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that counsel for Plaintiff conferred with counsel for Defendants via telephone regarding the relief requested in this Motion, who advised that Defendants do not oppose the requested relief.

*/s/ Jon M. Philipson*
Jon M. Philipson, Esq.

## LOCAL RULE 2.02 CERTIFICATION

I certify that I obtained Orlando Torah Center, Inc.'s consent to my withdrawal from this action.

*/s/ Jon M. Philipson*
Jon M. Philipson, Esq.

## CERTIFICATE OF SERVICE

I certify that on April 24, 2026, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jon M. Philipson*
Jon M. Philipson, Esq.

3