UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ORLANDO TORAH CENTER, INC.

        Plaintiff,

v.

ORANGE COUNTY, FLORIDA and THE
ORANGE COUNTY BOARD OF COUNTY
COMMISSIONERS,

        Defendants.

_____/

Case No.: 6:25-cv-o1463-PGB-LHP

## NON-PARTY DEPONENTS' AMENDED[1] MOTION FOR PROTECTIVE ORDER AND TO QUASH NOTICES FOR DEPOSITION

Plaintiff noticed the depositions of three current and former elected County Commissioners and three appointed members of the Board of Zoning Adjustment. The deponents, Maribel Cordero, Christine Moore, Marya Uribe, John Drago, Glenn Rubinstein, and Thomas Moses, move for a protective order preventing these depositions as violative of their absolute quasi-judicial immunity and, as to the BCC, the Apex Doctrine.

Absolute immunity turns on whether the individual was performing a judicial function. If they were, the individual is absolutely immune from litigation and its burdens. *McCullough v. Finley*, 907 F.3d 1324, 1330–31 (11th Cir. 2018) (citations omitted). Once a determination has been made that the function was judicial, the individual enjoys "absolute judicial immunity unless they acted in the

---

[1] Amended to attach the deposition notices at issue.

1

"'clear absence of all jurisdiction.'" *Id.* at 1332.

Quasi-judicial immunity is an application of absolute judicial immunity. *Butz v. Economou*, 438 U.S. 478, 511 (1978). Thus, quasi-judicial officials enjoy the same absolute immunity as judges. *Id.; Overcash v. Shelnutt*, 753 F. App'x 741, 746 (11th Cir. 2018) ("[T]he very purpose of the immunity defenses . . . is to protect them 'from having to bear the burdens attendant to litigation, including pretrial discovery.'")

"Absent extraordinary circumstances, a court **must** not allow a subpoena for deposition of a judicial or quasi-judicial officer for testimony about how he reached conclusions during the exercise of his judicial or quasi-judicial function." *JERMC Ltd. v. Town of Redington Shores*, 2021 WL 12299066, at *2 (M.D. Fla. Apr. 9, 2021) (*citing Miccosukee Tribe of Indians of Fla. v. Kraus-Anderson Constr. Co.*, No. 04-22774, 2006 WL 8433223, at *1 (S.D. Fla. Oct. 13, 2006) (emphasis added).

Under the "Apex Doctrine," top-level government officials should not be deposed absent "extraordinary circumstances." *See Florida v. United States*, 625 F. Supp. 3d 1242, 1245-46 (N.D. Fla. 2022).

Here, the BZA recommended denial of Plaintiff's 2024 land use application. The BCC affirmed this decision. Both acted in their quasi-judicial capacities when making these decisions. *See Walgreen Co. v. Polk County.*, 524 So. 2d 1119, 1120 (Fla. 2d DCA 1988) (finding denial of a variance from zoning requirements to be a quasi-judicial proceeding); The BCC and BZA members are entitled to quasi-

2

judicial immunity, which shields them from liability for their decision and from any discovery regarding it. BCC member are elected officials and BZA members are appointed, therefore, the BCC and BZA constitute the high-level government officials who merit heightened protection from deposition. *See Grochowski v. Clayton County*, 961 F.3d 1311, 1322 (11th Cir. 2020) (affirming protective order prohibiting deposition of former chairman of board of county commissioners). Plaintiff cannot establish the extraordinary circumstances necessary to take these depositions, and they should be precluded.

Given the complexity of these issues, Movants alternatively request leave for additional briefing, provided that their currently scheduled depositions are at least stayed pending ruling.

## Rule 3.01(g) Good Faith Conference

I HEREBY CERTIFY that the undersigned has conferred in good faith via telephone concerning all substantive and procedural issues addressed herein and that Plaintiff OBJECTS to all such relief.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 1st day of June, 2026, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. Accordingly, a copy of the foregoing is being served on this day to the attorney(s) or interested parties identified in the e-Portal Electronic Service List, via

3

transmission of Notices of Electronic Filing generated by the e-Portal System, including the following:

Jon Michael Philipson, Esquire
Gregory Lathrop Pierson, Esquire
Gunster, Yoakely & Stewart, P.A.
401 East Jackson Street
Suite 1500
Tampa, Florida 33602
jphilipson@gunster.com
gpierson@gunster.com
Counsel for Plaintiff

Joshua A. Levine, Esquire
Gunster, Yoakley & Stewart, PA
600 Brickell Ave
Suite 3500
Miami, Florida 33131
jlevine@gunster.com
Counsel for Plaintiff

Roman P. Storzer, Esquire
Blair Lazarus Storzer, Esquire
Storzer & Associates, P.C
9433 Common Brook Road
Suite 208
Owings Mills, Maryland 21117
storzer@storzerlaw.com
bstorzer@storzerlaw.com
Counsel for Plaintiff

/s/ *Julia K. Pirillo*
Derek J. Angell, Esquire
Florida Bar No. 73449
Julia K. Pirillo, Esquire
Florida Bar No. 1061406

4

O'Connor, Haftel & Angell, PLLC
800 N. Magnolia Ave , STE 1350
Orlando, Florida 32803
Main No.:    (407) 843-2100
Primary Email:  Dangell@ohalaw.com
Secondary Email: jpirillo@ohalaw.com
*Counsel for Defendants, Orange County, Florida and the Orange County Board of County Commissioners*

EXHIBIT "A"

[THE REST OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| ORLANDO TORAH CENTER, INC., | |
| Plaintiff, | Case: 6:25-cv-01463-PGB-LHP |
| v. | **NOTICE OF DEPOSITION** |
| ORANGE COUNTY, FLORIDA and THE ORANGE COUNTY BOARD OF COUNTY COMMISSIONERS, <br> Defendants. | |

**PLAINTIFF'S NOTICE OF DEPOSITION OF THOMAS ALEXANDER MOSES**

Please take notice that the Plaintiff, Orlando Torah Center, will take the deposition of

Thomas Alexander Moses on June 9, 2026, at 2:30 p.m. at the office of Gunster, Yoakley &

Stewart, P.A., 401 E Jackson Street #1500, Tampa, FL 33602.   The deposition will be recorded

stenographically.

Dated: May 18, 2026

\

/s/ Blair Lazarus Storzer
Blair Lazarus Storzer, Esq.
(*Special Admission*)
Roman P. Storzer, Esq., Lead Counsel
(*Special Admission*)
**STORZER & ASSOCIATES, P.C.**
1025 Connecticut Avenue
Suite One Thousand
Washington, D.C. 20036
Tel: (202) 857-9766
Fax: (202) 315-3996
bstorzer@storzerlaw.com
storzer@storzerlaw.com
silvia@storzerlaw.com
silverman@storzerlaw.com

*Attorneys for Plaintiffs*

/s/ Joshua A. Levine
Joshua A. Levine, Esq.
Florida Bar No. 106072
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street
Miami, Florida 33131
Tel: (800) 615-1980
Facsimile: (305) 376-6010
jlevine@gunster.com
jandersondavis@gunster.com

/s/ Gregory L. Pierson
Gregory L. Pierson, Esq.
Florida Bar No. 123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E Jackson Street #1500
Tampa, FL 33602
Tel: (813) 228-9080
Facsimile: (813) 228-6739
gpierson@gunster.com

*Counsel for Plaintiff Orlando Torah Center, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by electronic mail to the counsel of record for all parties on May 18, 2026.

/s/Blair Lazarus Storzer

Blair Lazarus Storzer, Esq.

2

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

|  |  |
|---|---|
| ORLANDO TORAH CENTER, INC., | |
| Plaintiff, | Case: 6:25-cv-01463-PGB-LHP |
| v. | **NOTICE OF DEPOSITION** |
| ORANGE COUNTY, FLORIDA and THE ORANGE COUNTY BOARD OF COUNTY COMMISSIONERS, | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF DEPOSITION OF JOHN DRAGO**

Please take notice that the Plaintiff, Orlando Torah Center, will take the deposition of

John Drago on June 10, 2026, at 9:30 a.m. at the office of Gunster, Yoakley & Stewart, P.A., 401

E Jackson Street #1500, Tampa, FL 33602.  The deposition will be recorded stenographically.

Dated: May 18, 2026

/s/ Blair Lazarus Storzer
Blair Lazarus Storzer, Esq.
(*Special Admission*)
Roman P. Storzer, Esq., Lead Counsel
(*Special Admission*)
**STORZER & ASSOCIATES, P.C.**
\                                    1025 Connecticut Avenue
Suite One Thousand
Washington, D.C. 20036
Tel: (202) 857-9766
Fax: (202) 315-3996
bstorzer@storzerlaw.com
storzer@storzerlaw.com
silvia@storzerlaw.com
silverman@storzerlaw.com
*Attorneys for Plaintiffs*

1

/s/ Joshua A. Levine
Joshua A. Levine, Esq.
Florida Bar No. 106072
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street
Miami, Florida 33131
Tel: (800) 615-1980
Facsimile: (305) 376-6010
jlevine@gunster.com
jandersondavis@gunster.com

/s/ Gregory L. Pierson
Gregory L. Pierson, Esq.
Florida Bar No. 123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E Jackson Street #1500
Tampa, FL 33602
Tel: (813) 228-9080
Facsimile: (813) 228-6739
gpierson@gunster.com

*Counsel for Plaintiff Orlando Torah Center, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by electronic mail to the counsel of record for all parties on May 18, 2026.

/s/Blair Lazarus Storzer

Blair Lazarus Storzer, Esq.

2

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

|  |  |
|---|---|
| ORLANDO TORAH CENTER, INC.,<br><br><br>Plaintiff,<br><br>v.<br><br>ORANGE COUNTY, FLORIDA and THE ORANGE COUNTY BOARD OF COUNTY COMMISSIONERS,<br>Defendants. | Case: 6:25-cv-01463-PGB-LHP<br><br><br>**NOTICE OF DEPOSITION** |

**PLAINTIFF'S NOTICE OF DEPOSITION OF GLENN RUBINSTEIN**

Please take notice that the Plaintiff, Orlando Torah Center, will take the deposition of

Glenn Rubinstein on June 10, 2026, at 11:30 a.m. at the office of Gunster, Yoakley & Stewart,

P.A., 401 E Jackson Street #1500, Tampa, FL 33602.   The deposition will be recorded

stenographically.

Dated: May 18, 2026

/s/ Blair Lazarus Storzer
Blair Lazarus Storzer, Esq.
(*Special Admission*)
Roman P. Storzer, Esq., Lead Counsel
(*Special Admission*)
**STORZER & ASSOCIATES, P.C.**
1025 Connecticut Avenue
Suite One Thousand
Washington, D.C. 20036
Tel: (202) 857-9766
Fax: (202) 315-3996
bstorzer@storzerlaw.com
storzer@storzerlaw.com
silvia@storzerlaw.com

1

silverman@storzerlaw.com
*Attorneys for Plaintiffs*

/s/ Joshua A. Levine
Joshua A. Levine, Esq.
Florida Bar No. 106072
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street
Miami, Florida 33131
Tel: (800) 615-1980
Facsimile: (305) 376-6010
jlevine@gunster.com
jandersondavis@gunster.com

/s/ Gregory L. Pierson
Gregory L. Pierson, Esq.
Florida Bar No. 123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E Jackson Street #1500
Tampa, FL 33602
Tel: (813) 228-9080
Facsimile: (813) 228-6739
gpierson@gunster.com

*Counsel for Plaintiff Orlando Torah Center, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was sent by electronic mail to the counsel of record for all parties on May 18, 2026.

/s/Blair Lazarus Storzer

Blair Lazarus Storzer, Esq.

2

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ORLANDO TORAH CENTER, INC.,<br><br><br>Plaintiff,<br><br>v.<br><br>ORANGE COUNTY, FLORIDA and THE ORANGE COUNTY BOARD OF COUNTY COMMISSIONERS,<br>Defendants. | Case: 6:25-cv-01463-PGB-LHP<br><br><br>**NOTICE OF DEPOSITION** |

**PLAINTIFF'S NOTICE OF DEPOSITION OF MARIBEL GOMEZ CORDERO**

Please take notice that the Plaintiff, Orlando Torah Center, will take the deposition of

Maribel Gomez Cordero on June 11, 2026, at 1:00 p.m. at the office of Gunster, Yoakley &

Stewart, P.A., 401 E Jackson Street #1500, Tampa, FL 33602.   The deposition will be recorded

stenographically.

Dated: May 18, 2026

/s/ Blair Lazarus Storzer
Blair Lazarus Storzer, Esq.
(*Special Admission*)
Roman P. Storzer, Esq., Lead Counsel
(*Special Admission*)
**STORZER & ASSOCIATES, P.C.**
1025 Connecticut Avenue
Suite One Thousand
Washington, D.C. 20036
Tel: (202) 857-9766
Fax: (202) 315-3996
bstorzer@storzerlaw.com
storzer@storzerlaw.com
silvia@storzerlaw.com

1

silverman@storzerlaw.com
*Attorneys for Plaintiffs*

/s/ Joshua A. Levine
Joshua A. Levine, Esq.
Florida Bar No. 106072
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street
Miami, Florida 33131
Tel: (800) 615-1980
Facsimile: (305) 376-6010
jlevine@gunster.com
jandersondavis@gunster.com

/s/ Gregory L. Pierson
Gregory L. Pierson, Esq.
Florida Bar No. 123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E Jackson Street #1500
Tampa, FL 33602
Tel: (813) 228-9080
Facsimile: (813) 228-6739
gpierson@gunster.com

*Counsel for Plaintiff Orlando Torah Center, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by electronic mail to the counsel of record for all parties on May 18, 2026.

/s/Blair Lazarus Storzer

Blair Lazarus Storzer, Esq.

2

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ORLANDO TORAH CENTER, INC., | |
| Plaintiff, | Case: 6:25-cv-01463-PGB-LHP |
| v. | **NOTICE OF DEPOSITION** |
| ORANGE COUNTY, FLORIDA and THE ORANGE COUNTY BOARD OF COUNTY COMMISSIONERS, Defendants. | |

**PLAINTIFF'S NOTICE OF DEPOSITION OF MAYRA URIBE**

Please take notice that the Plaintiff, Orlando Torah Center, will take the deposition of

Mayra Uribe on June 11, 2026, at 9:30 a.m. at the office of Gunster, Yoakley & Stewart, P.A.,

401 E Jackson Street #1500, Tampa, FL 33602.   The deposition will be recorded

stenographically.

Dated: May 18, 2026

/s/ Blair Lazarus Storzer
Blair Lazarus Storzer, Esq.
(*Special Admission*)
Roman P. Storzer, Esq., Lead Counsel
(*Special Admission*)
**STORZER & ASSOCIATES, P.C.**
1025 Connecticut Avenue
Suite One Thousand
Washington, D.C. 20036
Tel: (202) 857-9766
Fax: (202) 315-3996
bstorzer@storzerlaw.com
storzer@storzerlaw.com
silvia@storzerlaw.com

\

1

silverman@storzerlaw.com
*Attorneys for Plaintiffs*

/s/ Joshua A. Levine
Joshua A. Levine, Esq.
Florida Bar No. 106072
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street
Miami, Florida 33131
Tel: (800) 615-1980
Facsimile: (305) 376-6010
jlevine@gunster.com
jandersondavis@gunster.com

/s/ Gregory L. Pierson
Gregory L. Pierson, Esq.
Florida Bar No. 123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E Jackson Street #1500
Tampa, FL 33602
Tel: (813) 228-9080
Facsimile: (813) 228-6739
gpierson@gunster.com

*Counsel for Plaintiff Orlando Torah Center, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by electronic mail to the counsel of record for all parties on May 18, 2026.

/s/Blair Lazarus Storzer

Blair Lazarus Storzer, Esq.

2

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| ORLANDO TORAH CENTER, INC., <br><br><br> Plaintiff, <br><br> v. <br><br> ORANGE COUNTY, FLORIDA and THE ORANGE COUNTY BOARD OF COUNTY COMMISSIONERS, <br> Defendants. | Case: 6:25-cv-01463-PGB-LHP <br><br> **NOTICE OF DEPOSITION** |

**PLAINTIFF'S NOTICE OF DEPOSITION OF CHRISTINE MOORE**

Please take notice that the Plaintiff, Orlando Torah Center, will take the deposition of

Christine Moore on June 11, 2026, at 3:00 p.m. at the office of Gunster, Yoakley & Stewart,

P.A., 401 E Jackson Street #1500, Tampa, FL 33602.   The deposition will be recorded

stenographically.

Dated: May 18, 2026

\

/s/ Blair Lazarus Storzer
Blair Lazarus Storzer, Esq.
(*Special Admission*)
Roman P. Storzer, Esq., Lead Counsel
(*Special Admission*)
**STORZER & ASSOCIATES, P.C.**
1025 Connecticut Avenue
Suite One Thousand
Washington, D.C. 20036
Tel: (202) 857-9766
Fax: (202) 315-3996
bstorzer@storzerlaw.com
storzer@storzerlaw.com
silvia@storzerlaw.com

1

silverman@storzerlaw.com
*Attorneys for Plaintiffs*

/s/ Joshua A. Levine
Joshua A. Levine, Esq.
Florida Bar No. 106072
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street
Miami, Florida 33131
Tel: (800) 615-1980
Facsimile: (305) 376-6010
jlevine@gunster.com
jandersondavis@gunster.com

/s/ Gregory L. Pierson
Gregory L. Pierson, Esq.
Florida Bar No. 123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E Jackson Street #1500
Tampa, FL 33602
Tel: (813) 228-9080
Facsimile: (813) 228-6739
gpierson@gunster.com

*Counsel for Plaintiff Orlando Torah Center, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by electronic mail to the counsel of record for all parties on May 18, 2026.

/s/Blair Lazarus Storzer

Blair Lazarus Storzer, Esq.

2